**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO.  3:08-cr-13-J-33JRK

ANTONIO CASTILLO DE LA ROSA
  a/k/a Antonio Gonzalez-Sanchez

_____

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

        Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

P., and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One of

the Information.  After cautioning and examining Defendant under oath concerning each of

the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and

voluntary, and that the offense charged is supported by an independent basis in fact

containing each of the essential elements of such offense.  I therefore recommend that the

plea of guilty be accepted and that Defendant be adjudged guilty and have sentence

imposed accordingly.

        **DONE AND ENTERED** at Jacksonville, Florida, this 17th day of January, 2008.


                                                    /s/ Howard T. Snyder
                                                    HOWARD T. SNYDER
                                                    United States Magistrate Judge

Copies to:
Honorable Virginia M. Hernandez Covington
United States District Judge
Assistant United States Attorney (Stoddard)
Gonzalo R. Andux, Esquire
United States Probation
United States Pretrial Services

_____

        [1]  The parties have agreed to waive the ten (10) day objection period to this Report and Recommendation.
28 U.S.C. § 636(b)(1)(B); Rule 6.02, M.D. Fla. Rules.